**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:   05-72288 |
| ) | |
| CHARLES RACHAL, ) | Hon. George Caram Steeh |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT JUDGMENT**

Judgment is entered in favor of the United States and against Charles Rachal for the unpaid balance of his trust fund recovery penalty for the IRS Form 941 period ending December 31, 1991, and which was assessed on December 19, 1994, plus all penalties accruing under law after the date of assessment, plus interest accruing after the date of assessment, in the total amount, as of June 11, 2005, of $5,798.98, plus such additional amounts, including interest, which will continue to accrue as provided by 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c) until paid.

Judgment is also entered in favor of the United States and against Charles Rachal for the unpaid balance of his trust fund recovery penalty for the IRS Form 941 period ending December 31, 1992, and which was assessed on September 26, 1994, plus all penalties accruing under law after the date of assessment, plus interest accruing after the date of assessment, in the total amount, as of June 11, 2005, of $280,001.58, plus such additional amounts, including interest, which will continue to accrue as provided by 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c) until paid.

1402696.1

   Upon payment in of this Consent Judgment in full, the United States will file a satisfaction of judgment with the Court.

   The undersigned consent to this form of Consent Judgment.

| | |
|---|---|
| | STEPHEN J. MURPHY, III |
| s/ (with permission) | United States Attorney |
| _____ | |
| CLINTON MEYERING | |
| Attorney for Defendant | s/ Richard C. Ambrow |
| Calligaro & Meyering | _____ |
| 20600 Eureka Rd. | RICHARD C. AMBROW |
| Suite 900 | Trial Attorney, Tax Division |
| Taylor, Michigan 48180 | Department of Justice |
| | P.O. Box 55 |
| s/ (with permission) | Ben Franklin Station |
| _____ | Washington, D.C.  20044 |
| CHARLES RACHAL | (202) 307-6574 |
| 44007 Harmony Lane | richard.c.ambrow@usdoj.gov |
| Belleville, Michigan 48138 | |

IT IS SO ORDERED:

Dated: 12/19/05         s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 19, 2005, by electronic and/or ordinary mail.


        s/Marcia Beauchemin
        Case Manager/Deputy Clerk

1402696.1